[No. 4159.   Decided January 2, 1902.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM ALDON SEATON, *Appellant.*

APPEALABLE ORDER — SENTENCE OF DEATH — STAY OF EXECUTION.

The order of the lower court fixing the day of execution of one convicted of murder is not reviewable on appeal, and hence an appeal from such order affords no ground for an application for a stay of execution of the death sentence.

*Original Application for Stay of Execution.*

*Speckert, Cassidy & Barnes,* for petitioner.

*Walter S. Fulton,* Prosecuting Attorney, for the State.

PER CURIAM.—This is an application to stay the execution of the death sentence of William Aldon Seaton under the judgment of the superior court of King county. The application for the stay of execution is founded upon a notice of appeal filed in the superior court, from the order of the judge of that court fixing the day of execution, and directed to the sheriff of the county. The prosecuting attorney of King county opposes the application, and moves to dismiss the appeal on the ground that the order made is not appealable. The motion must be sustained upon the authority of *State v. Nordstrom,* 21 Wash. 403 (58 Pac. 248, 53 L. R. A. 584), and *State v. Boyce,* 25 Wash. 422 (65 Pac. 763). The application is denied.